UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2010 SEP 16 PM 4: 10
BY _____
DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. 2:10-cr-126-1 |
| v. | ) | |
| | ) | (21 U.S.C. §§ 841(a)(1), 844(a) |
| KAREEM CAMPBELL | | 18 U.S.C. § 401(3)) |

## INDICTMENT

### COUNT 1

On or about March 22, 2010, in the District of Vermont, the defendant, Kareem Campbell, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II narcotic controlled substance.

(21 U.S.C. § 841(a)(1))

## COUNT 2

On or about March 22, 2010, in the District of Vermont, the defendant, Kareem Campbell, knowingly and intentionally possessed cocaine, a Schedule II controlled substance.

(21 U.S.C. § 844(a))

## COUNT 3

On or about March 22, 2010, in the District of Vermont, the defendant, Kareem Campbell, did willfully and knowingly disobey and resist a lawful order of a Court of the United States, that is, the order by the Honorable Dora Irizarry in the Eastern District of New York on December 22, 2009 revoking defendant's previous term of supervised release and sentencing him to a new five year term of supervised release, extending the previous condition that defendant shall not purchase, possess, use, distribute or administer a controlled substance, by illegally possessing oxycodone and cocaine.

(18 U.S.C. § 401(3))

A TRUE BILL

_____, AUSA
TRISTRAM J. COFFIN (AGF)
United States Attorney
Burlington, Vermont
September 16, 2010

3